AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| LUIS ALBERTO OROZCO-RAMIREZ | ) | |
| aka Ruben Garza-Orozco | ) | MJ-25-91 -GF-JTJ |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 22, 2025 _____ in the county of _____ Roosevelt _____ in the

_____ District of _____ Montana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 USC 1326(a) and (b)(1) | Illegal reentry of removed alien (Penalty: Ten years of imprisonment, $250,000 fine, three years of supervised release, and $100 special assessment) |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

_Thomas Parish_
*Complainant's signature*

Thomas Paris, Supervisory Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 07/24/2025 _____

_John Johnston_
*Judge's signature*

City and state: _____ Butte, Montana _____

John T. Johnston, U.S. Magistrate Judge
*Printed name and title*