# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America <br> v. <br> LUIS ALBERTO OROZCO-RAMIREZ <br> aka Ruben Garza-Orozco <br><br> *Defendant(s)* | Case No. <br> MJ-25-91-GF-JTJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 22, 2025  in the county of  Roosevelt  in the
   District of  Montana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 USC 1326(a) and (b)(1) | Illegal reentry of removed alien (Penalty: Ten years of imprisonment, $250,000 fine, three years of supervised release, and $100 special assessment) |

This criminal complaint is based on these facts:
See attached affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

Thomas J. Parish
*Complainant's signature*

Thomas Paris, Supervisory Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/24/2025

John Johnston
*Judge's signature*

City and state: Butte, Montana

John T. Johnston, U.S. Magistrate Judge
*Printed name and title*