UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>LUIS ALBERTO OROZCO-RAMIREZ<br>*aka Ruben Garza-Orozco* | Case No.  MJ-25- 91  -GF-JTJ |

**AFFIDAVIT OF THOMAS PARISH
IN SUPPORT OF A CRIMINAL
COMPLAINT**

I, Thomas Parish, having been duly sworn, hereby depose and state:

1. I am a Supervisory Border Patrol Agent (SBPA) with the Department of Homeland Security (DHS), United States Border Patrol (USBP). I have been employed as a federal law enforcement officer since August 2007 and am assigned to the Plentywood, Montana Border Patrol Station in the Havre, Montana Sector, which has enforcement responsibilities in the State of Montana.

2. My duties as a SBPA with USBP include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code, and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8, 18, and 19 of the United States Code.

1

3. This affidavit is submitted in support of a criminal complaint charging, Luis Alberto Orozco-Ramirez *aka Ruben Garza-Orozco* (hereafter referred to as "Orozco-Ramirez") for illegal reentry of a removed alien, in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

    - Orozco-Ramirez is a 40-year-old male, citizen of Mexico, who was found in the United States during July 2025 in Bainville, Montana, who was previously removed from the United States.

4. The facts and information contained in this affidavit are based upon my training and experience, participation in immigration investigations, personal knowledge, and observations during the course of this investigation, as well as the observations of other officers involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

5. USBP Intelligence (USBP-I) Agents developed the intelligence of Orozco-Ramirez after his brother was apprehended by Scobey USBP in March of 2025. The brother was apprehended in Orozco-Ramirez's vehicle. Through records checks using the registered owner's information, USBP-I was able to run criminal, and immigration checks on Orozco-Ramirez. This information along with surveillance by USBP-I agents were able to locate Orozco-Ramirez's address and develop a Pattern of Life. Subsequently, Orozco-Ramirez was seen leaving his residence in Bainville, Montana at approximately 9:00 a.m. on July 22, 2025. Non-uniformed USBP-I agents advised uniformed USBP agents the direction of travel and Orozco-Ramirez was apprehended after a vehicle stop near mile marker 660 on MT Highway 2, east of Bainville.

6. Orozco-Ramirez was transported to the Plentywood, Montana Border Patrol Station for processing and detention. Orozco-Ramirez's fingerprints were submitted in IDENT, ABIS, and NGI. These are automated biometric identification systems used by USBP for matching and processing biometric and biographic information. USBP uses these databases to confirm identification, immigration history, and immigration status of an alien. Fingerprint comparisons confirmed that Orozco-Ramirez has been issued several final orders of removal and has been removed from the United States on four prior occasions:

- On 10/19/2006, Orozco-Ramirez was removed by ICE/ERO through the El Paso, Texas, port of entry under the alias of Ruben Garza-Orozco and Alien Registration Number (A#): A xxx-xxx-102.
- On 4/10/2007, Orozco-Ramirez was removed by ICE/ERO through the Nogales, Arizona, port of entry under the alias of Ruben Garza and the same A#.
- On 8/14/2007, Orozco-Ramirez was removed by ICE/ERO through the San Ysidro, California, port of entry under the same alias as above and the same A#.
- On 06/24/2010, Orozco-Ramirez was removed by ICE/ERO through the Harlingen, Texas, port of entry using the same alias and same A#.

7. Record checks on revealed the following criminal history:

- Two arrests in 2005 for possession of a short barrel firearm and providing false information to a police officer in Baker City, Oregon.
- On 07/03/2006, Orozco-Ramirez was convicted in Cache County, Utah, for the offense of unlawful carrying of a firearm and criminal mischief of intentional damage of property. He was sentenced to 365 days in jail.

- On 01/10/2007, Orozco-Ramirez was convicted of illegal entry into the United States in violation of 8 U.S.C. § 1325 in the United States District Court for the District of Arizona and sentenced to 90 days custody.

- On 07/02/2007, Orozco-Ramirez was convicted of illegal entry into the United States in violation of 8 U.S.C. § 1325 in the United States District Court for the Southern District of California and sentenced to 120 days custody.

- On 12/22/2009, Orozco-Ramirez was convicted of illegal reentry in violation of 8 U.S.C. § 1326 in the United States District Court for the District of Utah and sentenced to 8 months custody followed by 12 months of supervised release.

- Arrest for domestic violence in July 2020 in Macomb, Michigan, that was declined for prosecution.

8. On July 22, 2025, Border Patrol Agent Zug obtained a sworn statement. Orozco-Ramirez provided the information requested. He provided his name and his date of birth. He confirmed that he is a Mexican national and citizen. He has no documents to enter or remain in the United States.

9. There is no indication in the files of Department of Homeland Security that Orozco-Ramirez ever applied for or obtained the permission of the United States Attorney General or successor, or the Secretary of the Department of Homeland Security to reenter the United States.

10. Based on the facts above, I believe there is probable cause that Orozco-Ramirez is a non-citizen who, having been previously deported or removed from the United States, has been found in the United States without the required permission, and is

in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

```
                                      _____
                                      Thomas Parish, Supervisory Border Patrol
                                      Agent
                                      United States Border Patrol
```

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this  24  day of July 2025.

```
                                      _____
                                      JOHN T. JOHNSTON
                                      United States Magistrate Judge
```

5