AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Montana

RECEIVED USMS D/MT
24 JUL '25 PM 2:08

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LUIS ALBERTO OROZCO-RAMIREZ aka Ruben Garza-Orozco | ) ) ) ) ) | Case No.  MJ-25- 91 -GF-JTJ |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Luis Alberto Orozco-Ramirez aka Ruben Garza-Orozco                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
   Illegal reentry of removed alien:  Title 8 USC 1326(a) and (b)(1)

Date:    07/24/2025

                                                          *John Johnston*
                                                          *Issuing officer's signature*

City and state:    Butte, Montana                         John T. Johnston, United States Magistrate Judge
                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/24/25 , and the person was arrested on *(date)* 07/24/25
at *(city and state)* Plentywood, MT .

Date: 07/28/25

                                                          *[signature]*
                                                          *Arresting officer's signature*

                                                          KAITLIN EDMONSTON, DUSM
                                                          *Printed name and title*